■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DIAZ, Appellant. [596 NYS2d 725] —Appeal by the defen-

dant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered March 13, 1990, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find that no *Wade* hearing was necessary under the circumstances of this case, since the showups at the scene and at the stationhouse later were merely confirmatory *(see, People v Wharton,* 74 NY2d 921, 922; *People v Johnson,* 178 AD2d 659). The undercover officer observed the defendant and his codefendant face-to-face during the drug transaction, and expected that they would soon be arrested.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80). Balletta, J. P., Eiber, Ritter and Santucci, JJ., concur.